UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cr-00103-TWP-DLP |
| KERRI AGEE<br>a/k/a KERRI AGEE-SMITH, | ) ) ) -01 |
| Defendant. | ) ) |

### ENTRY FOR DECEMBER 9, 2021
### THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE

The Government appeared by William E. Johnston, U.S. Department of Justice, in person and Vasanth Raman Sridharan, U.S. Department of Justice, via telephone. The Defendant appeared in person and by retained counsel Jonathan A. Bont.  Ryan Harrold appeared on behalf of the United States Probation Office.  Travis Bartelson attended as agent for the Government.  David Moxley was the Court Reporter.  Parties appeared for sentencing at the Indianapolis Courthouse.

On August 4, 2021, a jury found Defendant Kerri Agee guilty of Counts 1, 2, 3, 4 and 5.

The parties were heard with respect to the sentence and application of the Sentencing Guidelines.  Argument was heard regarding the objections to the presentence investigation report.  The Court's rulings were stated on the record.  The Court found that the amount of restitution is $2,289,680.30 and that Defendant Agee was an organizer and leader under the guidelines.

Pursuant to the Sentencing Reform Act of 1984, sentence was imposed as stated on the record, including:

<u>Incarceration:</u>  The Defendant was sentenced to the custody of the Bureau of Prisons for a term of 68 months on Counts 1, 2, 3, 4 and 5 to be served concurrently.

Restitution:   The Defendant shall make restitution to the Small Business Administration in the amount of $2,289,681.30.  Payment is to be made directly to Clerk United States District Court with disbursement to the victim.

Fine: The Court ordered a fine of $10,000.00.

Forfeit:  The Defendant shall forfeit the property stated on the record.

Supervised Release:  The Defendant shall be placed on supervised release for a term of 3 years on Count 1, 2, 3, 4 and 5 to be served concurrently.  The Court imposed the mandatory conditions pursuant to 18 U.S. Code §§ 3563 and 3583. To promote respect for the law, prevent recidivism, and aide in adequate supervision, the Defendant shall also comply with the conditions of supervision which are referenced in the Presentence Investigation Report.  Neither the Government nor the Defendant had any objection to the conditions that were recommended by the probation officer, and the reading of those conditions into the record were waived.  The Court imposed all the conditions listed in the Presentence Investigation Report.

Recommendation:  The Court recommends placement at the camp in Pekin, Illinois and if it's not available then the next nearest facility at the lowest security level.

The Defendant shall pay to the United States a special assessment of $500.  Payment of the special assessment shall be due immediately and is to be made directly to the Clerk, U.S. District Court.

The Defendant was advised of the right to appeal.

The Defendant was ordered to remain on pretrial release under the conditions previously imposed.  The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the Pretrial Services Office.

The Judgment is forthcoming.

IT IS SO ORDERED.

Date: 12/9/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Jonathan A. Bont
PAGANELLI LAW GROUP
jon@paganelligroup.com

William E. Johnston
US DEPARTMENT OF JUSTICE
william.johnston4@usdoj.gov

Vasanth Raman Sridharan
US DEPARTMENT OF JUSTICE
vasanth.sridharan@usdoj.gov